# Court of Appeals
# of the State of Georgia

ATLANTA, __October 30, 2012__

*The Court of Appeals hereby passes the following order:*

**A13I0066.  ADAM FUNK v. THE STATE.**

Adam Funk filed this application for interlocutory appeal from the superior court's order denying his Plea in Abatement based upon OCGA § 17-7-53.1.  Such an order is directly appealable.  *Langlands v. State*, 282 Ga. 103, 104 (1) (646 SE2d 253) (2007) ("order overruling a plea in bar based on . . . OCGA § 17-7-53.1 is directly appealable").

This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).  It appears that Funk has not filed a notice of appeal; therefore, the application is hereby GRANTED.   Funk shall have ten days from the date of this order to file a notice of appeal in the superior court.  The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/30/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*